Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
50 W. Liberty Street
Suite 920
Reno, NV  89501
Telephone:  775.440.2372

Noel M. Hicks
Nevada Bar No. 13893
noel.hicks@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant PetSmart, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| INGRID GARCIA,<br><br>             Plaintiff,<br><br>vs.<br><br>PETSMART, INC.,<br><br>             Defendant. | Case No.:  3:20-cv-00646-LRH-WGC<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Ingrid Garcia ("Plaintiff") and Defendant PetSmart, Inc. ("Defendant"), by and through their respective undersigned counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1) for thirty (30) days.  Defendant's response is currently due on December 15, 2020.  Defense counsel has just been retained in this matter and requires additional time to investigate the facts of this matter and prepare a response to Plaintiff's Complaint.  Therefore, the

parties request and stipulate that the deadline for Defendant to respond to the Plaintiff's Complaint be extended to January 14, 2021. This is the parties' first request for an extension of time.

      This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 10th day of December, 2020.    DATED this 10th day of December, 2020.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Mark Mausert*      /s/ *Molly M. Rezac*

Mark Mausert
Nevada Bar No. 2398
729 Evans Avenue
Reno, NV 89512
*Attorneys for Plaintiff*

Molly M. Rezac
Nevada Bar No. 7435
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
50 W. Liberty Street
Suite 920
Reno, NV 89501

Noel M. Hicks
Nevada Bar No. 13893
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

December 10, 2020
U.S. MAGISTRATE JUDGE

*William G. Cobb*
DATED

2