Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.440.2372

Noel M. Hicks
Nevada Bar No. 13893
noel.hicks@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant PetSmart, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| INGRID GARCIA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PETSMART, INC.,<br><br>　　　　　　Defendant. | Case No.:  3:20-cv-00646-LRH-WGC<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(SECOND REQUEST)** |

　　　　Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Ingrid Garcia ("Plaintiff") and Defendant PetSmart, Inc. ("Defendant"), by and through their respective undersigned counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1) for an additional thirty (30) days.  Defendant's response is currently due on January 14, 2021.  The parties wish to continue to discuss the possibility of settlement outside of litigation.  Therefore, the parties request and stipulate that the deadline for Defendant to respond to

the Plaintiff's Complaint be extended to February 16, 2021.  This is the parties' second request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

| | |
|---|---|
| DATED this 14th day of January, 2021. | DATED this 14th day of January, 2021. |
| | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Mark Mausert* | /s/ *Molly M. Rezac* |
| Mark Mausert<br>Nevada Bar No. 2398<br>729 Evans Avenue<br>Reno, NV  89512<br>*Attorneys for Plaintiff* | Molly M. Rezac<br>Nevada Bar No. 7435<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>200 S. Virginia Street, 8th Floor<br>Reno, NV  89501<br><br>Noel M. Hicks<br>Nevada Bar No. 13893<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV  89169<br><br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

*[signature]*

UNITED STATES MAGISRATE JUDGE

January 15, 2021
DATED

2