Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Telephone: 775.440.2372

Noel M. Hicks
Nevada Bar No. 13893
noel.hicks@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant PetSmart, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| INGRID GARCIA,<br><br>  Plaintiff,<br><br>vs.<br><br>PETSMART, INC.,<br><br>  Defendant. | Case No.: 3:20-cv-00646-LRH-WGC<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(THIRD REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Ingrid Garcia ("Plaintiff") and Defendant PetSmart, Inc. ("Defendant"), by and through their respective undersigned counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1) for an additional thirty (30) days. Defendant's response is currently due on February 16, 2021. The parties have been in active settlement discussions and have agreed to settlement terms. Therefore, the parties request and stipulate that the deadline for Defendant to

respond to the Plaintiff's Complaint be extended to March 18, 2021 so the parties can prepare the settlement documents. This is the parties' third request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 16th day of February, 2021.

/s/ *Mark Mausert*
Mark Mausert
Nevada Bar No. 2398
729 Evans Avenue
Reno, NV 89512
*Attorneys for Plaintiff*

DATED this 16th day of February, 2021.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Molly M. Rezac*
Molly M. Rezac
Nevada Bar No. 7435
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV 89501

Noel M. Hicks
Nevada Bar No. 13893
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE

February 16, 2021
DATED