1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| INGRID GARCIA, | Case No.: 3:20-cv-00646-LRH-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREDJUDICE** |
| PETSMART, INC., | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between Plaintiff Ingrid Garcia ("Plaintiff") and Defendant PetSmart, Inc. ("Defendant"), by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

. . .

. . .

Each party is to bear their own fees and costs.

DATED this 8th day of March, 2021.         DATED this 8th day of March, 2021.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Mark Mausert*                          /s/ *Molly M. Rezac*

Mark Mausert                                Molly M. Rezac
Nevada Bar No. 2398                         Nevada Bar No. 7435
729 Evans Avenue                            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Reno, NV  89512                             200 S. Virginia Street, 8th Floor
*Attorneys for Plaintiff*                   Reno, NV  89501

Noel M. Hicks
Nevada Bar No. 13893
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 10th day of March, 2021.   _____
LARRY R. HICKS
UNITED STATES DISTRICT ATTORNEY

2